## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA,     )
                                   )

      vs.                      )     No.  IP 99-140-CR-01-B/F
                                   )          1:06-cv-67-SEB-VSS

MACHEO WELLS,               )
                                   )
        Defendant.      )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the civil action docketed as No. 1:06-cv-67-SEB-VSS is **dismissed for lack of subject matter jurisdiction.**

Date: 01/23/2006

                                                 SARAH EVANS BARKER, JUDGE
                                                 United States District Court
                                                 Southern District of Indiana

Copies to:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Macheo Wells
Reg. No. 06200-028
Federal Correctional Institution
P.O. Box 1000
Duluth, MN 55814

Dockets.Justia.com