**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No.  IP 99-140-CR-01-B/F |
| | ) | 1:06-cv-67-SEB-VSS |
| MACHEO WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the civil action docketed as No. 1:06-cv-67-SEB-VSS is **dismissed for lack of subject matter jurisdiction.**

Date:  _01/23/2006_

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN  46204-3048

Macheo Wells
Reg. No. 06200-028
Federal Correctional Institution
P.O. Box 1000
Duluth, MN 55814